AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

PATRICK RANDLE,

       Petitioner,          JUDGMENT IN A CIVIL CASE

V.

                              CASE NUMBER: **3:02-CV-00617-ECR-RAM**

JACKIE CRAWFORD, et al.,

       Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that respondents' Motion to Dismiss (docket #43) is **GRANTED**. This action is **DISMISSED.**


   March 6, 2008                                          **LANCE S. WILSON**
                                                               Clerk


                                                             /s/ Daniel R. Morgan
                                                               Deputy Clerk